**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

   **v.**   **Criminal No. 08-20031-001**

**ANDREW PHILLIP NICHOLS**                                                           **DEFENDANT**

### O R D E R

  Now on this 16th day of January, 2009, the Court takes up consideration defendant's **Financial Affidavit In Support Of Request For Attorney, Expert Or Other Court Services Without Payment Of Fee** (document #79). From this document it appears that defendant is presently unable to come forward with any funds to finance an appeal in this matter, having been sentenced and being now incarcerated.

  The Court is not, however, persuaded that defendant is eligible for appointment of counsel at public expense. Under the Court's Criminal Justice Act Plan, enacted pursuant to **18 U.S.C. §306A** ("CJA Plan"), a person is "financially unable to obtain counsel" if his "net financial resources and income are insufficient to enable him . . . to obtain qualified counsel." Defendant in this case already has the services of a retained attorney. The Court recently conducted a hearing with regard to claims that this attorney has not been paid enough to continue with the case, and denied a motion to withdraw. The Court has been shown no basis for relieving that attorney from further

representation of defendant in this case.

The Court does find that defendant's financial circumstances are such that he is unable to pay the filing fee on appeal, or to obtain such transcripts of the proceedings as may be necessary, and hereby authorizes defendant's retained counsel to submit vouchers for those expenses, pursuant to section **IX.E** of the Court's CJA Plan.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren  
                                        **JIMM LARRY HENDREN**  
                                        **UNITED STATES DISTRICT JUDGE**