IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES                                                    PETITIONER


            v.              CIVIL NO.        2:10-CV-02112
                            CRIMINAL NO. 2:08-CR-20031

ANDREW PHILLIP NICHOLS                                          RESPONDENT

O R D E R

The Defendant has filed a Motion to Fix Time for Defendant to File Reply, Supporting

Brief and Affidavits.  *See ECF No.* 105.  The court, having considered the Motion it is hereby

**GRANTED** and the Defendant's Reply is to be filed on or before October 15, 2010.


        IT IS SO ORDERED this September 17, 2010.


                            */s/ J. Marschewski*
                            HONORABLE JAMES R. MARSCHEWSKI
                            Chief United States Magistrate Judge